UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ, AND
TOMAS GONZALEZ SOTELO,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    J.C. PAINTING CONTRACTOR LLC
        c/o MARIA GONZALEZ, its Registered Agent
        1213 ALBERCA STREET
        CORAL GABLES, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 18, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ, AND
TOMAS GONZALEZ SOTELO,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    MARIA GONZALEZ
        1213 ALBERCA STREET
        CORAL GABLES, FL 33134

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 18, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463

NEREYDA SUHEY CASTILLO MARENCO,

      Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ, AND
TOMAS GONZALEZ SOTELO,

      Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:   TOMAS GONZALEZ SOTELO
      24960 S.W. 122ND PLACE
      HOMESTEAD, FL 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Brian H. Pollock, Esq.
      FairLaw Firm
      135 San Lorenzo Avenue
      Suite 770
      Coral Gables, FL 33146
      Tel:   (305) 230-4884
      brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 18, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez

Deputy Clerk
U.S. District Courts