UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, TOMAS GONZALEZ

Plaintiff Nereyda Suhey Castillo Marenco files the Return of Service on Defendant TOMAS GONZALEZ (served on May 22, 2024).

Dated this 24th day of May 2024.

                s/Brian H. Pollock, Esq.
                Brian H. Pollock, Esq.
                Fla. Bar No. 174742
                brian@fairlawattorney.com
                FAIRLAW FIRM
                135 San Lorenzo Avenue
                Suite 770
                Coral Gables, FL 33146
                Tel:   305.230.4884
                *Counsel for Plaintiff*