## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-21463-RKA

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

vs.

Defendants:
**J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ, AND
TOMAS GONZALEZ SOTELO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 8th day of May, 2024 at 3:29 pm to be served on **Tomas Gonzalez Sotelo, 24960 SW 122 Place, Homestead, FL 33032**.

I, Stefany Camejo, do hereby affirm that on the **22nd day of May, 2024** at **12:46 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Tomas Gonzalez** at the alternate address of: **23291 SW 111 Avenue, Homestead, FL 33032**, and informed said person of the contents therein, in compliance with Florida statute 48.031(1)(a).

**Additional Information pertaining to this Service:**
5/14/2024  8:19 pm  Attempted service at 24960 SW 122 Place, Homestead, FL 33032. No one was home. No cars and no lights.
5/21/2024  12:30 pm  Per the client, please also attempt at 23291 SW 111 Ave., Homestead, Florida 33032. This is his phone number: 954-415-3256, call at will.
5/22/2024  12:37 pm  Attempted service at 24960 SW 122 Place, Homestead, FL 33032. I spoke with an employee of the company who stated that he comes in and out of the office. He does not have a set schedule.
5/22/2024  12:46 pm  Served at 23291 SW 111 Ave., Homestead, FL 33032.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: Hispanic, Height: 5'11", Weight: 220, Hair: Salt & Pepper, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Stefany Camejo
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2024000736