## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-21463-RKA

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

vs.

Defendants:
**J.C. PAINTING CONTRACTOR LLC,**
**MARIA GONZALEZ, AND**
**TOMAS GONZALEZ SOTELO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 8th day of May, 2024 at 3:29 pm to be served on **Maria Gonzalez, 1213 Alberca Street, Coral Gables, FL 33134**.

I, Joseph Onega, do hereby affirm that on the **22nd day of May, 2024** at **3:30 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Mayelin Gonzalez** as **Daughter/Co-Resident** at the residential address of: **1213 Alberca Street, Coral Gables, FL 33134**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute , § 48.031(1)(a).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 135, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024000735

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a