UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21463-RKA

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ and
TOMAS GONZALEZ SOTELO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that Todd W. Shulby, Esq. and Todd W. Shulby, P.A., represent the Defendants in this action.

Dated this 6th day of June, 2024.

    Respectfully submitted,

    TODD W. SHULBY, P.A.
    Todd W. Shulby, Esq.
    1792 Bell Tower Lane
    Weston, Florida 33326
    Telephone: (954) 530-2236
    Facsimile: (954) 530-6628
    E-mail: tshulby@shulbylaw.com
    Counsel for Defendants

    By:    /s/Todd W. Shulby, Esq.
             Florida Bar No.: 068365

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian H. Pollock, Esq. and Patrick Brooks LaRou, Esq.

I HEREBY CERTIFY that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:  /s/Todd W. Shulby, Esq.
     For Todd W. Shulby, P.A.