UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:24-cv-21463-RKA

NEREYDA SUHEY CASTILLO MARENCO,

       Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ and
TOMAS GONZALEZ SOTELO,

       Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

     a)    Nereyda Suhey Castillo Marenco, Plaintiff
     b)    Brian H. Pollock, Esq., Counsel for Plaintiff
     c)    Patrick Brooks LaRou, Esq., Counsel for Plaintiff
     d)    Fair Law Firm, Counsel for Plaintiff
     e)    J.C. Painting Contractor LLC, Defendant
     f)    Maria Gonzalez, Defendant
     g)    Tomas Gonzalez Sotelo, Defendant
     h)    Todd W. Shulby, Esq., Counsel for Defendants
     i)    Todd W. Shulby, P.A., Counsel for Defendants

2)     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest

unsecured creditors) in bankruptcy cases:

      None known.

      4)      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      None know.

      I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

      Dated this 6th day of June, 2024.

                  Respectfully submitted,

                  TODD W. SHULBY, P.A.
                  Todd W. Shulby, Esq.
                  1792 Bell Tower Lane
                  Weston, Florida 33326
                  Telephone: (954) 530-2236
                  Facsimile: (954) 530-6628
                  E-mail: tshulby@shulbylaw.com
                  Counsel for Defendants

                  By:    /s/Todd W. Shulby, Esq.
                          Florida Bar No.: 068365

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on <u>June 6, 2024</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian H. Pollock, Esq. and Patrick Brooks LaRou, Esq.

I HEREBY CERTIFY that on <u>June 6, 2024</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:     <u>/s/Todd W. Shulby, Esq.</u>
For Todd W. Shulby, P.A.

3