UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 5]**

Plaintiff, Nereyda Suhey Castillo Marenco, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 5] by serving Defendants with a copy of the Court' Order, Plaintiff's Statement of Claim [ECF No. 7], and all documents supporting Plaintiff's claims (Castillo 000001-000034) by email to Defendants' counsel on June 6, 2023.

Respectfully submitted this 6th day of June 2024.

    s/ Patrick Brooks LaRou
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*