UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.
_____/

## **PLALINTIFF'S NOTICE OF NO PENDING, REFILED, RELATED OR SIMILAR ACTION(S)**

Plaintiff, Nereyda Suhey Castillo Marenco, pursuant to Local Rule 3.8, notices the Court and all parties that Plaintiff has not re-filed this case and is unaware of any related or similar case(s) filed of record.

Respectfully submitted this 7th day of June 2024,

                                                        Brian H. Pollock, Esq.
                                                        Brian H. Pollock, Esq.
                                                        Fla. Bar No. 174742
                                                        brian@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel:    305.230.4884
                                                        *Counsel for Plaintiff*