UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.

_____/

## **PROPOSED SCHEDULE**

This MATTER is set for jury trial for the week of August 4, 2025. The Parties propose to adhere to the following schedule:

| Date | Event |
| --- | --- |
| August 30, 2024 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| September 14, 2024 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| October 1, 2024 | The Parties shall file motions to amend pleadings or join Parties |
| December 27, 2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| January 10, 2025 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| April 4, 2025 | The Parties shall complete all discovery, including expert discovery. |
| November 29, 2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| May 2, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| May 17, 2025 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury |

|  | instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| --- | --- |
| June 4, 2025 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 5th day of July 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230.4884
*Counsel for Plaintiff*

s/ Todd W. Shulby
Todd W. Shulby, Esq.
Florida Bar No. 68365
tshulby@shulbylaw.com
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
*Counsel for Defendants*