**From:** Juan Aragon  juan@fairlawattorney.com
**Subject:** Re: Suhey Castillo Marenco v. J.C. Painting Contractor LLC, et al. - Notice of Acceptance of Rule 68 Offer of Judgment
**Date:** July 16, 2024 at 9:19 AM
**To:** Todd Shulby  tshulby@shulbylaw.com
**Cc:** llangford@shulbylaw.com, Brooks LaRou  brooks@fairlawattorney.com, Brian Pollock  brian@fairlawattorney.com

Dear Mr. Shulby,

Please find attached correspondence as it pertains to the above-referenced matter. We kindly request your attention to the attached correspondence, which has been sent on behalf of Attorney Pollock.

If you have any questions or concerns do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

**Not of Acceptance of Rule 68 Offer (Count I)(N Castillo).pdf**
72 KB


**Not of Acceptance of Rule 68 Offer (Count II)(N Castillo).pdf**
