UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21463-ALTMAN/Sanchez

**NEREYDA SUHEY CASTILLO MARENCO**,

    *Plaintiff*,

v.

**J.C. PAINTING CONTRACTOR LLC**,
*et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiff has filed a Notice of Filing Acceptances of Offers of Judgment pursuant to FED. R. CIV. P. 68 [ECF No. 26]. Because the Plaintiff's acceptance resolves the dispute between the parties, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

3. We'll enter a final judgment under FED. R. CIV. P. 58 separately.

**DONE AND ORDERED** in the Southern District of Florida on July 24, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record