**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-21463-ALTMAN/Sanchez**

**NEREYDA SUHEY CASTILLO MARENCO**,

     *Plaintiff*,

*v.*

**J.C. PAINTING CONTRACTOR LLC**,
*et al.*,

     *Defendants.*

_____/

### FINAL JUDGMENT

The Plaintiff, Nereyda Suhey Castillo Marenco, filed a Notice of Filing Acceptances of Offers of Judgment pursuant to FED. R. CIV. P. 68 [ECF No. 26]. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is entered in favor of Nereyda Suhey Castillo Marenco, and against J.C. Painting Contractor LLC, Maria Gonzalez, and Tomas Gonzalez, jointly and severally:

    a. in the amount of **$25,000.00** as to Count I for violations of the Fair Labor Standards Act, consisting of:

        i. $12,500.00 to the Plaintiff as alleged unpaid overtime wages, to be made payable to the Plaintiff, with all applicable taxes and withholdings deducted from the gross amount of the payment; and

        ii. $12,500.00 to the Plaintiff as alleged liquidated damages, to be made payable to the Plaintiff, with no taxes or withholdings deducted from the gross amount of the payment;

    b. in the amount of **$5,000.00** as to Count II for statutory damages pursuant to 26

U.S.C. § 7434;

    c.   reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b) and 29 U.S.C. § 7434(b)(3);

2.   This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 and shall be enforceable as prescribed by FED. R. CIV. P. 69(a).

3.   We will retain jurisdiction over this case to enforce the judgment.

4.   Any pending motions are **DENIED AS MOOT**, any pending hearings are **CANCELLED**, and all pending deadlines are **TERMINATED**. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on July 25, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record