

**INVOICE**

Invoice #NAY-2024000735
5/23/2024

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-21463-RKA**

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

Defendants:
**J.C. PAINTING CONTRACTOR LLC,**
**MARIA GONZALEZ, AND**
**TOMAS GONZALEZ SOTELO**

Received: 5/8/2024   Served: 5/22/2024 3:30 pm   SUBSTITUTE - RESIDENTIAL
To be served on: Maria Gonzalez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $46.80 |

**BALANCE DUE:** $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1



**INVOICE**

Invoice #NAY-2024000832
5/23/2024

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-21463-RKA**

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

Defendants:
**J.C. PAINTING CONTRACTOR LLC,**
**MARIA GONZALEZ, AND**
**TOMAS GONZALEZ SOTELO**

Received: 5/21/2024   Non-Served: 5/22/2024   NON-SERVE - COMMENTS
To be served on: Maria Gonzalez

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 1.00 | 45.00 | 45.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |

TOTAL CHARGED: $46.80

**BALANCE DUE:** $46.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295



**INVOICE**

Invoice #NAY-2024000833
5/23/2024

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-21463-RKA**

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

Defendants:
**J.C. PAINTING CONTRACTOR LLC,**
**MARIA GONZALEZ, AND**
**TOMAS GONZALEZ SOTELO**

Received: 5/21/2024   Served: 5/22/2024 12:46 pm  CORPORATE - ALT. ADDRESS
To be served on: J.C. PAINTING CONTRACTOR LLC c/o MARIA GONZALEZ, its Registered Agent

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 2.00 | 45.00 | 90.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $91.80 |
| **BALANCE DUE:** | | | **$91.80** |

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295



## INVOICE

Invoice #NAY-2024000736
5/23/2024

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:24-CV-21463-RKA**

Plaintiff:
**NEREYDA SUHEY CASTILLO MARENCO**

Defendants:
**J.C. PAINTING CONTRACTOR LLC,**
**MARIA GONZALEZ, AND**
**TOMAS GONZALEZ SOTELO**

Received: 5/8/2024   Served: 5/22/2024 12:46 pm   INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: Tomas Gonzalez Sotelo

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Process Service | 2.00 | 45.00 | 90.00 |
| Print Fee. | 9.00 | 0.20 | 1.80 |
| TOTAL CHARGED: | | | $91.80 |

**BALANCE DUE:** $91.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295