UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ, AND
TOMAS GONZALEZ,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR WRIT OF EXECUTION

Plaintiff, Nereyda Suhey Castillo Marenco, through her undersigned counsel and pursuant to Fed. R. Civ. P. 64 requests that the Court instruct the Clerk of Courts to issue a Writ of Execution in the form appended hereto based upon the following good cause:

1. The Court entered a Final Judgment on July 25, 2024, awarding Plaintiff $30,000.00, exclusive of costs, interest, or attorney's fees. [ECF No. 28.]

2. The sum of **$30,000.00** remains due, payable, and outstanding.

3. Plaintiff seeks to enforce the money judgment(s) against Defendants, JC Painting Contractor LLC, Maria Gonzalez, and Tomas Gonzalez, pursuant Fed. R. Civ. P. 69(a) through the issuance of a Writ of Execution.

4. Local Rule 7.1 specifically exempts post-judgment collection/execution motions from the conferral requirement, and so none has been made herein.

WHEREFORE Plaintiff, Nereyda Suhey Castillo Marenco, requests that the Clerk of Courts issue and/or the Court direct the Clerk of Courts to a Writ of Execution in the form submitted herewith.

Dated this 8th day of August 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
