**WRIT OF EXECUTION**

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | and |

in the United States District Court for the _____ District of _____ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

JC PAINTING CONTRACTOR LLC, 777 NW 72nd AVENUE, SUITE 1007, MIAMI, FL 33126
\MARIA GONZALEZ, 1213 ALBERCA STREET, CORAL GABLES, FL 33134
TOMASGONZALEZ, 1213 ALBERCA STREET, CORAL GABLES, FL 33134

and also the costs that may accrue under this writ.
     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|