UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

*Plaintiff*,

vs.

J.C. PAINTING CONTRACTOR LLC,
*et al.*,

*Defendants*.

_____/

## ORDER GRANTING MOTION TO COMPEL FACT INFORMATION SHEETS

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Fact Information Sheets, filed herein on August 8, 2024. Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion is hereby **GRANTED**:

1. Defendant, J.C. Painting Contractor, LLC, shall complete and return to Plaintiff's counsel with all required exhibits the Form 1.977 Fact Information Sheet – Business (Appended to Plaintiff's Motion as Exhibit "A") within 30 days from the date set forth below;

2. Defendant, Maria Gonzalez, shall complete and return to Plaintiff's counsel with all required exhibits the Form 1.977 Fact Information Sheet – Individual (Appended to Plaintiff's Motion as Exhibit "B") within 30 days from the date set forth below; and

3. Defendant, Tomas Gonzalez, shall complete and return to Plaintiff's counsel with all required exhibits the Form 1.977 Fact Information Sheet – Individual (Appended to Plaintiff's Motion as Exhibit "C") within 30 days from the date set forth below.

Done and Ordered in the Southern District of Florida on August ___2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record