# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF: Southern District of Florida    1:24-CV-21463-ALTMAN/SANCHEZ

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Aztlan Foods, Corp., 9110 NW 106TH STM MEDLEY, FL 33178
EVI, Inc., 9110 NW 106TH STM MEDLEY, FL 33178

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $30,000.00 | and    plus prejudgment interest |

in the United States District Court for the  Southern  District of  Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

JC PAINTING CONTRACTOR LLC, 777 NW 72nd AVENUE, SUITE 1007, MIAMI, FL 33126
\MARIA GONZALEZ, 1213 ALBERCA STREET, CORAL GABLES, FL 33134
TOMASGONZALEZ, 1213 ALBERCA STREET, CORAL GABLES, FL 33134

and also the costs that may accrue under this writ.
     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | MIAMI-DADE COUNTY | DISTRICT | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|---|
| CITY | MIAMI | DATE | AUGUST 8, 2024 |

Witness the Honorable     Roy K. Atltman
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 08/09/2024 | Angela E. Noble |
|  | (BY) DEPUTY CLERK |
|  | Dimas Rodriguez |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

Print     Reset Form