UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.
_____/

**SATISFACTION OF ORDER GRANTING MOTION FOR BILL OF COSTS**

Plaintiff, Nereyda Suhey Castillo Marenco, pursuant to Federal Rules of Civil Procedures, files and serves the above-referenced pleading and states in support thereof:

1. Plaintiff, Nereyda Suhey Castillo Marenco, acknowledges full payment of the Order Granting Motion for Bill of Costs [ECF No. 30], awarding $635.40 in taxable costs.

2. Plaintiff agrees that Defendants do not owe Plaintiff any more monies for the Order Granting Motion for Bill of Costs entered prior to the service of this Satisfaction.

Dated this 14th day of August 2024.

                                                    s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq.
                                                  Fla. Bar No. 174742
                                                  brian@fairlawattorney.com
                                                  **FAIRLAW FIRM**
                                                  135 San Lorenzo AvenueSuite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*