UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, et. al,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

Plaintiff, Nereyda Suhey Castillo Marenco, pursuant to Federal Rules of Civil Procedures, files and serves the above-referenced pleading and states in support thereof:

1. Plaintiff, Nereyda Suhey Castillo Marenco, acknowledges full payment of the Final Judgment for $30,000.00 entered in this case [ECF No. 28].

2. Plaintiff agrees that Defendants do not owe Plaintiff any more monies for the judgment(s) entered before the service of this Satisfaction.

3. All prior writs of garnishment are withdrawn or should be dissolved by the Court

Dated this 14th day of August 2024.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*