# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Nereyda Suhey Castillo Marenco

**INVOICE**

**Open (Not Sent)**

| | |
|---|---|
| **Invoice #** | 635 |
| **Invoice Date:** | 8/14/2024 |

Amount due
22,134.15

## Services

| Date | Staff Member | Category | Description | Quantity | Total |
|---|---|---|---|---|---|
| 4/17/2024 | Steffany Sanguino | Paralegal | I emailed the client the pending documents we need from her, Any emails, certificates, text messages, photos. I also requested her witnesses, including everyone she worked with. And an estimate of her hours and OT she's owed. Received responses from her. | 0.60 | 99.00 |
| 4/17/2024 | Steffany Sanguino | Paralegal | I met with the client in person and downloaded several WhatsApp chats and photos from the client's phone. Received and organized them. | 3.40 | 561.00 |
| 4/17/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct in-person consultation with Ms. Castillo; discuss her claims, what to expect, and review sign-up procedures; also, conduct initial review of certain documents she provided to me confirming she was paid hourly and not a salary | 1.00 | 500.00 |
| 4/18/2024 | Brian H. Pollock Esq. | Draft/revise | Draft ltr to client re privileged nature of our communications and about preservation of documents, materials, and information related to her case | 0.40 | 200.00 |
| 4/18/2024 | Brian H. Pollock Esq. | Draft/revise | Review file and materials in it; then, draft Complaint, research online re: the corporate Defendant for inclusion in the Complaint and re: Defendants and prepare Summonses, and Civil Coversheet | 1.40 | 700.00 |
| 4/18/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Altman and Magistrate Judge Sanchez) | 0.10 | 50.00 |
| 4/18/2024 | Steffany Sanguino | Paralegal | Several documents from the client have been downloaded and organized. We also received information about the client's witnesses. | 1.00 | 165.00 |
| 4/18/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Summonses (x3) issued to each Defendant | 0.30 | 150.00 |
| 4/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of intake notes and BHP's notes of his initial consultation to familiarize myself with the file upon it being assigned to me | 0.50 | 162.50 |
| 4/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Initial review of documents provided by client to prepare myself for arguments that she was exempt and to determine possible amount of OT owed to her | 0.50 | 162.50 |
| 4/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Assignment to Judge Altman and Magistrate Judge Sanchez. | 0.10 | 32.50 |
| 4/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of the Summonses (x3) issued to each Defendant | 0.30 | 97.50 |
| 4/19/2024 | Brian H. Pollock Esq. | Draft/revise | Drafted ltr to client re case filed and what to expect eng and spa | 0.40 | 200.00 |
| 4/22/2024 | Steffany Sanguino | Paralegal | NOA for Brooks has been drafted. | 0.16 | 26.40 |
| 4/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order in Actions Brought Under the Fair Labor Standards Act. | 0.20 | 65.00 |
| 4/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order in Cases with Multiple Defendants. | 0.10 | 32.50 |
| 4/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review and approval of Notice of Appearance. | 0.10 | 32.50 |
| 4/23/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with her estimate of the hours she's owed. | 0.10 | 16.50 |
| 4/23/2024 | Steffany Sanguino | Paralegal | First draft of the SOC has been drafted. | 0.20 | 33.00 |
| 4/23/2024 | Steffany Sanguino | Paralegal | I called the client and spoke with her about the calculations she provided us with. The client said the way she calculated everything | 0.20 | 33.00 |

| Date | Professional | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/23/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Statement of Claim. | 0.50 | 162.50 |
| 4/24/2024 | Brooks LaRou Esq. | FLSA - Plaintiff | Initial calculation of damages. | 0.70 | 227.50 |
| 4/24/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Statement of Claim. | 0.30 | 97.50 |
| 4/24/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Revise the proposed Statement of Claim | 0.30 | 150.00 |
| 4/25/2024 | Steffany Sanguino | Paralegal | The client's calculations have been converted into a spreadsheet. | 0.23 | 37.95 |
| 4/25/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding Statement of Claim for approval and next steps of case. | 0.20 | 65.00 |
| 4/25/2024 | Steffany Sanguino | Paralegal | I translated a conversation between Brooks and the client regarding the statement of the claim. | 0.20 | 33.00 |
| 4/25/2024 | Steffany Sanguino | Paralegal | The SOC has been emailed to the client for her approval. | 0.12 | 19.80 |
| 4/25/2024 | Steffany Sanguino | Paralegal | The client has approved the SOC. | 0.10 | 16.50 |
| 4/25/2024 | Brooks LaRou Esq. | Email with Client | Receipt of email from client approving draft of Statement of Claim. | 0.10 | 32.50 |
| 5/1/2024 | Steffany Sanguino | Paralegal | I emailed the client to f.u with documents. | 0.10 | 16.50 |
| 5/6/2024 | Steffany Sanguino | Paralegal | Email exchange with the client regarding documents. | 0.10 | 16.50 |
| 5/8/2024 | Steffany Sanguino | Paralegal | The summons and the complaint have been emailed to Steve for service. | 0.20 | 33.00 |
| 5/9/2024 | Steffany Sanguino | Paralegal | We received the job numbers for the service on summons, 2024000734, 2024000735, and 2024000736 | 0.10 | 16.50 |
| 5/14/2024 | Steffany Sanguino | Paralegal | I emailed Steve to f.u with service. | 0.10 | 16.50 |
| 5/14/2024 | Steffany Sanguino | Paralegal | We have received an update from the process server, informing us that they will attempt service today. | 0.10 | 16.50 |
| 5/17/2024 | Steffany Sanguino | Paralegal | We received confirmation from the process server that on the 13th and the 14th, they tried to serve the defendant, but no one answered the door. | 0.10 | 16.50 |
| 5/17/2024 | Steffany Sanguino | Paralegal | I called the client to see if she has another address or to provide us with their phone number. She confirmed she would send it to us. | 0.10 | 16.50 |
| 5/21/2024 | Steffany Sanguino | Paralegal | I emailed the process server and provided him with a new address for all the defendants. | 0.10 | 16.50 |
| 5/22/2024 | Steffany Sanguino | Paralegal | We received an update from the process server regarding Maria Gonzalez. It appears they were informed she could be found at 1214 Alhambra St., Coral Gables, FL 33134 | 0.10 | 16.50 |
| 5/24/2024 | Steffany Sanguino | Paralegal | Receipt of Non-Served for Maria Gonzalez | 0.20 | 33.00 |
| 5/24/2024 | Steffany Sanguino | Service of Process | Receipt of Return of Service on Tomas Gonzalez Sotelo | 0.20 | 33.00 |
| 5/24/2024 | Steffany Sanguino | Service of Process | Return of Service on JC Painting Contractor LLC c/o Maria Gonzalez | 0.50 | 82.50 |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/24/2024 | Steffany Sanguino | Paralegal | NOF of Service for Tomas Gonzalez has been drafted and filed. | 0.20 | 33.00 |
| 5/24/2024 | Steffany Sanguino | Paralegal | NOF of Service on JC Painting has been drafted and filed. | 0.20 | 33.00 |
| 5/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Returns of Service for JC Painting and Tomas Gonzalez; calendared deadlines for their responses to Complaint. | 0.20 | 65.00 |
| 5/24/2024 | Steffany Sanguino | Service of Process | Receipt of return of service on Maria Gonzalez. | 0.20 | 33.00 |
| 5/24/2024 | Steffany Sanguino | Paralegal | NOF of Return of Service on Maria Gonzalez has been drafted and filed. | 0.20 | 33.00 |
| 5/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Return of Service for Maria Gonzalez. | 0.10 | 32.50 |
| 5/29/2024 | Steffany Sanguino | Paralegal | The client reached out requesting an update. I informed her that we served the lawsuit to the defendants. | 0.20 | 33.00 |
| 5/29/2024 | Steffany Sanguino | Paralegal | The first draft of the Rule 26 disclosures has been drafted. | 1.00 | 165.00 |
| 5/31/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Todd Shulby) requesting initial settlement demand. | 0.10 | 32.50 |
| 6/4/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange emails with Mr. Shulby re: Statement of Claim, basic facts, and when his clients were served | 0.40 | 200.00 |
| 6/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Todd Shulby for Defendants. | 0.10 | 32.50 |
| 6/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Motion for Extension to respond to Complaint. | 0.10 | 32.50 |
| 6/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Certificate of Interested Parties. | 0.10 | 32.50 |
| 6/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Notice of No Other Pending/Related Actions. | 0.20 | 65.00 |
| 6/6/2024 | Brooks LaRou Esq. | Email Communication | Receipt and review of Court's Order granting Defendants' Motion for Extension to respond to Complaint. | 0.10 | 32.50 |
| 6/6/2024 | Brooks LaRou Esq. | Draft/revise | Review of Defendant Cataldo's edits to proposed order referring discovery matters to Magistrate Schwabedissen, and further revisions to the same. | 0.30 | 97.50 |
| 6/6/2024 | Steffany Sanguino | Paralegal | Received Def's NOA by Todd W. Shulby | 0.10 | 16.50 |
| 6/6/2024 | Steffany Sanguino | Paralegal | Receipt Defendant's Unopposed MET to file a Response to Plaintiff's complaint. | 0.10 | 16.50 |
| 6/6/2024 | Steffany Sanguino | Paralegal | Receipt of Defendant's Certificate of Interested persons and Corporate Disclosure Statement. | 0.10 | 16.50 |
| 6/6/2024 | Steffany Sanguino | Paralegal | Receipt of Notice of Pendency of Other Actions. | 0.10 | 16.50 |
| 6/6/2024 | Steffany Sanguino | Paralegal | Receipt of Paperless Order granting Defendant's MET for their Complaint Answers until June 26. | 0.10 | 16.50 |
| 6/6/2024 | Brooks LaRou Esq. | Unassigned | Reviewed and compiled documents for production in connection with Plaintiff's Statement of Claim. | 1.00 | 325.00 |
| 6/6/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding service of Court's Order in FLSA actions, Plaintiff's Statement of Claim, and supporting documents. | 0.10 | 32.50 |
| 6/6/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Compliance with Court's Order in FLSA Cases [ECF No. 5]. | 0.30 | 97.50 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/6/2024 | Steffany Sanguino | Paralegal | I combined, Bate-stamped, and created a dropbox link for the documents we served to OC regarding the statement of claim. The order was also attached to the email. | 0.30 | 49.50 |
| 6/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Cert. of Interested Parties | 0.30 | 150.00 |
| 6/7/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Draft Notice of No Related Action | 0.20 | 100.00 |
| 6/7/2024 | Steffany Sanguino | Paralegal | Reissued the link with the documents we produced with the SOC. | 0.10 | 16.50 |
| 6/7/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Court's deadlines for Defendant's Response to Statement of Claim and for Settlement Conference; conferral with Juan Aragon regarding calendaring the same. | 0.20 | 65.00 |
| 6/7/2024 | Brian H. Pollock Esq. | Legal | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 150.00 |
| 6/10/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Rule 26 Initial Disclosures. | 0.60 | 195.00 |
| 6/19/2024 | Steffany Sanguino | Paralegal | File review: reviewed upcoming tasks so I can involve client and attorney, reminded Brooks regarding Rule 26. | 0.20 | 33.00 |
| 6/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Response to Statement of Claim. | 0.20 | 65.00 |
| 6/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of documents produced by Defendants 6/24/24 in connection with their Response to Plaintiff's Statement of Claim. | 0.30 | 97.50 |
| 6/25/2024 | Steffany Sanguino | Paralegal | Receipt and download documents from OC, check payments, and proof of title position. | 0.20 | 33.00 |
| 6/26/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Answer and (13) Affirmative Defenses. | 0.90 | 292.50 |
| 6/26/2024 | Steffany Sanguino | Paralegal | I called the client to confirm her availability for settlement conference and she advised me she is available on July 15th and 16th, as well as on July 22nd, 23rd, and 24th. | 0.20 | 33.00 |
| 6/26/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from Courtroom Deputy to Magistrate Judge Sanchez (Kayla Allen) regarding change of time for 7/9/24 Settlement Conference. | 0.10 | 32.50 |
| 6/26/2024 | Steffany Sanguino | Paralegal | I got a call from a clerk about the settlement conference for this case. She confirmed that it will be held on July 9 at 2 pm, not 10 am. I messaged Juan informing him. | 0.20 | 33.00 |
| 6/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order setting Settlement Conference for 7/9/24. | 0.10 | 32.50 |
| 6/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order requiring Scheduling Report and Certificates of Interested Parties. | 0.10 | 32.50 |
| 6/27/2024 | Brooks LaRou Esq. | Draft/revise | Draft letters to client re the upcoming Settlement Conference, her need to attend in Person (in English and in Spanish) | 0.50 | 162.50 |
| 6/27/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding setting pre-Settlement Conference phone call with client and scheduling certified Spanish interpreter for Settlement Conference. | 0.10 | 32.50 |
| 6/27/2024 | Steffany Sanguino | Paralegal | I called the client to schedule a phone call with Brooks regarding the settlement conference; this has been set for 7/5 at 3pm. | 0.20 | 33.00 |
| 7/1/2024 | Steffany Sanguino | Paralegal | File review; marked tasks off; issued reminders. | 0.10 | 16.50 |
| 7/1/2024 | Brooks | Draft/revise | Final revisions to Plaintiff's Rule 26 Initial Disclosures. | 0.20 | 65.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding serving Plaintiff's Rule 26 Initial Disclosures. | 0.10 | 32.50 |
| 7/1/2024 | Steffany Sanguino | Paralegal | Draft email containing and served our Rule 26 disclosures. | 0.20 | 33.00 |
| 7/3/2024 | Steffany Sanguino | Paralegal | Attendance confirmation for the settlement conference. | 0.10 | 16.50 |
| 7/3/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Scheduling Report. | 0.80 | 260.00 |
| 7/3/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Scheduling Order. | 0.50 | 162.50 |
| 7/3/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Todd Shulby) attaching drafts of Joint Scheduling Report and proposed Scheduling Order. | 0.10 | 32.50 |
| 7/5/2024 | Brooks LaRou Esq. | Email Communication | Email to/from counsel for Defendants (Todd Shulby) regarding revisions to proposed Scheduling Order. | 0.20 | 65.00 |
| 7/5/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of proposed Scheduling Order. | 0.20 | 65.00 |
| 7/5/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of documents produced by Defendants 7/5/24 (Bates 1-365). | 1.00 | 325.00 |
| 7/5/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client in preparation for 7/9/24 Settlement Conference. | 1.00 | 325.00 |
| 7/5/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/5/2024 | Brooks LaRou Esq. | Unassigned | Compiled data from time/pay/absence records produced by Defendants into Excel spreadsheet in preparation for 7/8/23 Settlement Conference. | 2.00 | 650.00 |
| 7/8/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Confidential Pre-Settlement Conference Statement to Magistrate Judge Sanchez. | 1.50 | 487.50 |
| 7/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of messages produced by Defendants 7/5/24 reflecting dates/hours worked by Plaintiff; revisions to Excel spreadsheet; revisions to calculation of damages. | 2.00 | 650.00 |
| 7/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge. | 0.30 | 97.50 |
| 7/8/2024 | Brooks LaRou Esq. | Phone Call | Follow-up phone call with client to discuss time/pay records produced by Defendants 7/5/24 in preparation for Settlement Conference. | 0.80 | 260.00 |
| 7/8/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Todd Shulby) conveying opening settlement demand. | 0.30 | 97.50 |
| 7/9/2024 | Brooks LaRou Esq. | Unassigned | Preparation for Settlement Conference. | 1.50 | 487.50 |
| 7/9/2024 | Brooks LaRou Esq. | Email Communication | Email from counsel for Defendants (Todd Shulby) conveying settlement counteroffer. | 0.10 | 32.50 |
| 7/9/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | 32.50 |
| 7/9/2024 | Brooks LaRou Esq. | Attendance at | Travel to and attendance at settlement conference. | 4.50 | 1,462.50 |
| 7/10/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's paperless minute entry regarding 7/9/24 settlement conference. | 0.10 | 32.50 |
| 7/10/2024 | Steffany Sanguino | Paralegal | Attendance to the settlement conference to translate for the client. | 5.00 | 825.00 |

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Offers of Judgment. | 0.30 | 97.50 |
| 7/12/2024 | Steffany Sanguino | Paralegal | Receipt and download documents from the defendant Bates 1-365 | 0.20 | 33.00 |
| 7/12/2024 | Steffany Sanguino | Paralegal | We have been propounded with a request for Production and Interrogatories. | 0.20 | 33.00 |
| 7/12/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of Defendants' First Interrogatories and Requests for Production to Plaintiff. | 0.60 | 195.00 |
| 7/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client to discuss the 2 settlement offer conveyed by Defendants to resolve her 2 pending claims and to obtain her authorization to accept same; advised we still need her to indicate her acceptance writing | 0.40 | 130.00 |
| 7/15/2024 | Steffany Sanguino | Paralegal | I translated a conversation between attorney Brooks and the client regarding the settlement offered. The client has accepted the offer. | 0.20 | 33.00 |
| 7/15/2024 | Brooks LaRou Esq. | Draft/revise | Drafted letter to client explaining the Rule 68 Offer and requesting she advise us of her acceptance/rejection of the Offer; enclose letter along with Offers in email to her | 0.70 | 227.50 |
| 7/15/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | 32.50 |
| 7/15/2024 | Steffany Sanguino | Paralegal | Receipt and review of Defendant's Rule 26 disclosures. | 0.20 | 33.00 |
| 7/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | 32.50 |
| 7/15/2024 | Brian H. Pollock Esq. | Draft/revise | Draft N/Acceptance of Rule 68 Offer as to Count I (FLSA) | 0.30 | 150.00 |
| 7/15/2024 | Brian H. Pollock Esq. | Draft/revise | Draft N/Acceptance of Rule 68 Offer as to Count II (§7434) | 0.30 | 150.00 |
| 7/16/2024 | Steffany Sanguino | Paralegal | I sent the W9 and W4 to the client to be signed so we can have them to send to defense counsel in connection with her acceptance of the settlement offers. I also called and texted the client to inform her of the need for these | 0.30 | 49.50 |
| 7/16/2024 | Steffany Sanguino | Paralegal | We received the W9 and W4 signed by the client. | 0.10 | 16.50 |
| 7/17/2024 | Brooks LaRou Esq. | Email Communication | Exchange emails with defense counsel (Todd Shulby) regarding amount of attorneys' fees and costs sought by Plaintiff. | 0.20 | 65.00 |
| 7/17/2024 | Brian H. Pollock Esq. | Email Communication | Draft email to Mr. Shulby re: our offer to resolve the fees/costs, that Defendants were stubborn in the case, and that we will follow the Rule 68 procedures (and how that would only increase the fees incurred by everyone) | 0.30 | 150.00 |
| 7/23/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review time entries for and to remove/redact any confidential or privileged information contained therein; also, draft email to Mr. Shulby enclosing and regarding these in an effort to resolve the fees/costs issue in light of his clients' offer of $8,000 for fees/costs. | 0.60 | 300.00 |
| 7/23/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Filing Notices of Acceptance and compile Exhibits for same | 0.70 | 350.00 |
| 7/23/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendants (Todd Shulby) regarding Defendants' Offer of Judgment as to Plaintiff's attorneys' fees and costs. | 0.10 | 32.50 |
| 7/23/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Offer of Judgment as to Plaintiff's attorneys' fees and costs. | 0.10 | 32.50 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/23/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Rule 68 Offer for Fees ($12,000) and email enclosing same | 0.20 | 100.00 |
| 7/24/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order closing case. | 0.10 | 32.50 |
| 7/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Final Judgment. | 0.10 | 32.50 |
| 8/2/2024 | Brian H. Pollock Esq. | Draft/revise | Review file and then draft Bill of Costs; compile Exhibits for same | 0.40 | 200.00 |
| 8/2/2024 | Brian H. Pollock Esq. | Draft/revise | Continue to draft and revise the Motion for Fees and conduct legal research for same; review time records prior to filing | 2.40 | 1,200.00 |
| 8/2/2024 | Brian H. Pollock Esq. | Draft/revise | Begin to to draft and revise the Motion for Fees and conduct legal research for same | 1.40 | 700.00 |
| 8/2/2024 | Brian H. Pollock Esq. | Email Communication | Exchange emails with Mr. Shulby re: our offer to resolve the fees/costs for $17,500 and his clients' response that they remain at $13,000 | 0.30 | 150.00 |
| 8/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to client enclosing, regarding, and explaining the entry of the Final Judgment, what to expect, and next steps in eng and spa | 0.40 | 200.00 |
| 8/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft MTC Fact Information Sheets | 0.50 | 250.00 |
| 8/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Motion for Writ of Execution and draft the proposed Writ of Execution | 0.40 | 200.00 |
| 8/5/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding case status. | 0.10 | 32.50 |
| 8/5/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of email from Ms. Castillo to provide me with information to assist in executing on the judgment | 0.20 | 100.00 |
| 8/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order granting in part Plaintiff's Motion for Bill of Costs. | 0.20 | 65.00 |
| 8/6/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding Judgment entered in her favor, whether she has received payment from Defendants, and next steps of the collection process. | 0.20 | 65.00 |
| 8/6/2024 | Steffany Sanguino | Paralegal | Translated a call between Brooks and the client regarding the Final Judgment received. | 0.20 | 33.00 |
| 8/8/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Fact Information Sheets to each Defendant (x3) and proposed Order Granting our proposed MTC Fact Info Sheets; finalize the MTC Fact Info Sheets | 0.60 | 300.00 |
| 8/9/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Writ of Execution issued as to JC Painting, Maria Gonzalez, and Tomas Gonzalez. | 0.10 | 32.50 |
| 8/12/2024 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting our Motion for Writ of Execution as to JC Painting, Maria Gonzalez, and Tomas Gonzalez. | 0.20 | 100.00 |
| 8/12/2024 | Brian H. Pollock Esq. | Email Communication | Exchange emails with Mr. Shulby re: filing a Satisfaction of Judgment after receipt of confirmation that the checks issued by his client have cleared | 0.20 | 100.00 |
| 8/12/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Satisfaction of Judgment in regards to the Final Judgment (for filing on 8/14) | 0.30 | 150.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/12/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Satisfaction of Judgment in regards to the Order Granting | 0.20 | 100.00 |
| 8/13/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order granting Plaintiff's Motion for Writ of Execution. | 0.10 | 32.50 |
| 8/13/2024 | Brian H. Pollock Esq. | Draft/revise | Continue to conduct legal research and to revise the Motion or Fees | 1.70 | 850.00 |
| 8/14/2024 | Brian H. Pollock Esq. | Draft/revise | Continue conduct legal research, draft, revise, and then finalize the Motion for Fees | 1.60 | 800.00 |

**Services Subtotal: 22,134.15**

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

**Total: 22,134.15**

