UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21130-BLOOM/OTAZO-REYES

JOSE TELLERIA,

      Plaintiff,

vs.

AZTLAN FOODS, CORP. AND
EVI, INC.,

      Defendants.
_____/

## **PLAINTIFF'S MOTION FOR WRIT OF EXECUTION**

Plaintiff Jose Telleria, through his undersigned counsel and pursuant to Fed. R. Civ. P. 64 requests that the Court instruct the Clerk of Courts to issue a Writ of Execution in the form appended hereto based upon the following good cause:

1.      On November 29, 2022, this Court entered its Order Approving Settlement and Dismissing Case with Prejudice, reserving jurisdiction to award Plaintiff his attorneys' fees and costs. [ECF No. 62.]

2.      Then, on April 4, 2022, this Court entered its Order awarding Plaintiff $17,522.50 in attorney fees and $994.57 costs for a total of **$18,517.07**. [ECF No. 66.]. This Order constitutes a money judgment pursuant to *National Labor Relations Board v. Tropical Wellness Center, LLC*, 2019 WL 2254921, at *4 (S.D. Fla. Mar. 11, 2019), *report and recommendation adopted*, 2019 WL 2255566 (S.D. Fla. Mar. 29, 2019).

3.      The sum of **$18,517.07** remains due, payable, and outstanding.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*

4. Plaintiff seeks to enforce the money judgment(s) against Defendants, Aztlan Foods, Corp. and EVI, Inc., pursuant Fed. R. Civ. P. 69(a) through the issuance of a Writ of Execution.

5. Local Rule 7.1 specifically exempts post-judgment collection/execution motions from the conferral requirement, and so none has been made herein.

WHEREFORE, Plaintiff, Jose Telleria, requests that the Court direct the Clerk of Courts to issue a Writ of Execution in the form appended hereto.

Dated this 13th day of April 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*