UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:24-cv-21463-RKA

NEREYDA SUHEY
CASTILLO MARENCO,

      Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ and
TOMAS GONZALEZ SOTELO,

      Defendants.

_____/

## **REBUTTAL TO TIME ENTRIES OF PLAINTIFF'S COUNSEL**

| Date | Staff | Category | Description | Hours | Defendants' Rebuttal | Prop. Hours |
|---|---|---|---|---|---|---|
| 4/17/2024 | SS | Paralegal | I emailed the client the pending documents we need from her, Any emails, certificates, text messages, photos.  I also requested her witnesses, including everyone she worked with. And an estimate of her hours and OT she's owed. Received responses from her. | 0.60 | *Plaintiff's counsel has been actively handling FLSA wage and hour cases for 25 years. Surely, they have forms and templates for requesting potential client's wage and hour info and records.* | 0.20 |
| 4/17/2024 | SS | Paralegal | I met with the client in person and downloaded several WhatsApp chats and photos from the client's phone.  Received and organized them. | 3.40 | *Downloading, receiving and organizing documents is a vague description. Scanning and organizing docs is Secretarial / Clerical. Not a paralegal task. Only 34 documents were produced by Plaintiff. 3.4 hours to collect (and organize) 34 pages is excessive.* | 1.00 |
| 4/17/2024 | BP | FLSA-Plaintiff | Conduct in-person consultation with Ms. Castillo; discuss her claims, what to, expect, and review sign-up procedures; also conduct initial review of | 1.00 | *No objection.* | 1.00 |

1

| | | | certain documents she provided to me confirming she was paid hourly and not a salary. | | | |
|---|---|---|---|---|---|---|
| 4/18/2024 | BP | Draft/revise | Draft ltr to client re privileged nature of our communications and about preservation of documents, materials, and information related to her case. | 0.40 | *The description is vague. Is this the standard engagement letter and/or form? If so, the production is secretarial.* | 0.10 |
| 4/18/2024 | BP | Draft/revise | Review file and materials in it; then, draft Complaint, research online re: the corporate Defendant for inclusion in the Complaint and re: Defendants and prepare Summonses, and Civil Coversheet. | 1.40 | *Excessive. Please see argument in Response to Motion for Attorney's Fees.* | 0.50 |
| 4/18/2024 | BP | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Altman and Magistrate Judge Sanchez) | 0.10 | *Excessive. Clerical. This is a secretarial task, not a paralegal task, let alone an attorney task.* | 0.00 |
| 4/18/2024 | SS | Paralegal | Several documents from the client have been downloaded and organized. We also, received information about the client's witnesses. | 1.00 | *Duplicate of the 4/17/24 entry for 3.4 hours above. Same objections as above. Also, organizing and scanning docs is a secretarial task, not a paralegal task.* | 0.00 |
| 4/18/2024 | SS | Receipt, Review, and Analysis | Receipt and review of the Summonses (x3) issued to each Defendant. | 0.30 | *Duplicate. The Summons were already drafted per the above 4/18/24 entry for 1.4 hours. No further review or analysis was needed. Downloading and saving the Summons from CMECF is clerical.* | 0.00 |
| 4/18/2024 | BL | Receipt, Review, and Analysis | Review of intake notes and BHP's notes of his initial consultation to familiarize myself with the file upon it being assigned to me. | 0.50 | *Duplicate. One attorney reviewing the notes of another attorney is redundant.* | 0.00 |
| 4/18/2024 | BL | Receipt, Review, and Analysis | Initial review of documents provided by client to prepare myself for arguments that she was exempt and to determine possible amount of OT owed to her. | 0.50 | *Duplicate. Both the paralegal (4.4 hours) and Attorney BP had already reviewed the 34 documents.* | 0.00 |
| 4/18/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Assignment to Judge Altman and Magistrate Judge Sanchez. | 0.10 | *Duplicate, Attorney BP billed .1 for this above on the same date. Also, this is a secretarial task, not even a paralegal task, let alone an attorney task.* | 0.10 |

| 4/18/2024 | BL | Receipt, Review, and Analysis | Receipt, review of the Summonses (x3) issued to each Defendant. | 0.30 | *Duplicate. Paralegal SS already billed .3 above for reviewing the Summons again on the same date. Also, the Summons were already drafted per the above 4/18/24 entry for 1.4 hours. No further review or analysis was needed. Same objections as above.* | 0.00 |
| 4/19/2024 | BP | Draft/revise | Drafted ltr to client re case filed and what to expect eng and spa. | 0.40 | *The description is vague and ambiguous. The time seems excessive given prior recent communications wherein Plaintiff should have already been informed. Nevertheless, no objection.* | 0.40 |
| 4/22/2024 | SS | Paralegal | NOA for Brooks has been drafted. | 0.16 | *Clerical. Attorneys cannot bill for drafting NOAs so paralegals cannot bill either. It's a secretarial task.* | 0.00 |
| 4/22/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order in Actions Brought Under the Fair Labor Standards Act. | 0.20 | *No objection (although 0.10 seems more reasonable).* | 0.20 |
| 4/22/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order in Cases with Multiple Defendants. | 0.10 | *Excessive. The 0.20 billed above for reviewing the basic FLSA Order should have been sufficient time to review this standard Order also.* | 0.00 |
| 4/22/2024 | BL | Receipt, Review, and Analysis | Review and approval of Notice of Appearance. | 0.10 | *Excessive. Review of a Notice of Appearance shouldn't be billed at all.* | 0.00 |
| 4/23/2024 | SS | Paralegal | I emailed the client to f.u with her estimate of the hours she's owed. | 0.10 | *No objection. This seems to be attorney-type work properly billed by a paralegal.* | 0.10 |
| 4/23/2024 | SS | Paralegal | First draft of the SOC has been drafted. | 0.20 | *No objection. This seems to be attorney-type work properly billed by a paralegal.* | 0.20 |

| 4/23/2024 | SS | Paralegal | I called the client and spoke with her about the calculations she provided us with.  The client said the way she calculated everything was based on the year and how much she was making at the time. I asked _____ to work on the calculations. | 0.20 | *No objection. This seems to be attorney-type work properly billed by a paralegal.* | 0.20 |
| 4/23/2024 | BL | Draft/revise | Drafted Statement of Claim. | 0.50 | *Duplicate. The Statement was drafted by the Paralegal SS earlier. Perhaps the only thing left was the calculation of damages, addressed in the next time entry below. Nevertheless, no objection.* | 0.50 |
| 4/24/2024 | BL | FLSA-Plaintiff | Initial calculation of damages. | 0.70 | *No objection.* | 0.70 |
| 4/24/2024 | BL | Draft/revise | Revisions to draft of Statement of Claim. | 0.30 | *Duplicate. This has been billed several times already and no explanation is provided as to the need for even more revisions.* | 0.00 |
| 4/24/2024 | BP | FLSA-Plaintiff | Revise the proposed Statement of Claim. | 0.30 | *Duplicate. This has been billed several times already and no explanation is provided as to the need for even more revisions.* | 0.00 |
| 4/25/2024 | SS | Paralegal | The client's calculations have been converted into a spreadsheet. | 0.23 | *Excessive. Clerical. Spreadsheet input is a secretarial task.* | 0.00 |
| 4/25/2024 | BL | Phone call | Phone call with client regarding Statement of Claim for approval and next steps of case. | 0.20 | *No objection.* | 0.20 |
| 4/25/24 | SS | Paralegal | I translated a conversation between Brooks and the client regarding the statement of claim. | 0.20 | *This is not an attorney task. Paralegals can only bill for tasks typically performed by attorneys.* | 0.00 |

| 4/25/2024 | SS | Paralegal | The SOC has been emailed to the client for her approval. | 0.12 | *Clerical. E-mailing Statement of Claim to client is secretarial not a paralegal task.* | 0.00 |
|---|---|---|---|---|---|---|
| 4/25/2024 | SS | Paralegal | The client has approved the SOC. | 0.10 | *Clerical. Receiving a communication from the client approving the SOC is a secretarial not a paralegal task.* | 0.00 |
| 4/25/2024 | BL | E-mail with client | Receipt of email from client approving draft of Statement of Claim. | 0.10 | *Duplicate. See above time entry by Paralegal SS.* | 0.00 |
| 5/01/2024 | SS | Paralegal | I emailed the client to f.u. with documents. | 0.10 | *Clerical. The client has already been advised of the docs needed. Following up is a clerical task.* | 0.00 |
| 5/06/2024 | SS | Paralegal | Email exchange with the client regarding documents. | 0.10 | *Vague, but no objection.* | 0.10 |
| 5/08/2024 | SS | Paralegal | The summons and the complaint have been emailed to Steve for service. | 0.20 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
| 5/09/2024 | SS | Paralegal | We received the job numbers for the service on summons, 2024000734, 2024000735 and 2024000736. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
| 5/14/2024 | SS | Paralegal | I emailed Steve to f.u. with service. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
| 5/17/2024 | SS | Paralegal | We have received an update from the process server, informing us that they will attempt service today. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
| 5/17/2024 | SS | Paralegal | We received confirmation from the process server that on the 13th and the 14th, they tried to serve the defendant, but no one answered the door. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |

| 5/17/2024 | SS | Paralegal | I called the client to see if she has another address or to provide us with their phone number. She confirmed she would send it to us. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
|---|---|---|---|---|---|---|
| 5/21/2024 | SS | Paralegal | I emailed process server and provided him with a new address for all the defendants. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ attorney task.* | 0.00 |
| 5/22/2024 | SS | Paralegal | We received an update from the process server regarding Maria Gonzalez.  It appears they were informed she could be found at 1214 Alhambra St., Coral Gables, FL 33134. | 0.10 | *Clerical. This is a secretarial task, not a paralegal/ paralegal task.* | |
| 5/24/2024 | SS | Paralegal | Receipt of Non-Served for Maria Gonzalez. | 0.20 | *Excessive. 3 returns of service were received and Paralegal SS billed .9 to receive them. .3 total for all 3 is appropriate.* | 0.30 |
| 5/24/2024 | SS | Paralegal | Receipt of Return of Service on Tomas Gonzalez Sotelo. | 0.20 | *See immediately above.* | 0.00 |
| 5/24/2024 | SS | Paralegal | Return of Service on JC Painting Contractor LLC c/o Maria Gonzalez. | 0.50 | *See immediately above.* | 0.00 |
| 5/24/2024 | SS | Paralegal | NOF of Service for Tomas Gonzalez has been drafted and filed. | 0.20 | *Clerical. Filing a document with CM/ECF is a secretarial task.* | 0.00 |
| 5/24/2024 | SS | Paralegal | NOF of Service on JC Painting has been drafted and filed. | 0.20 | *Clerical. Filing a document with CM/ECF is a secretarial task.* | 0.00 |
| 5/24/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Returns of Service for JC Painting and Tomas Gonzalez; calendared deadlines for their responses to Complaint. | 0.20 | *Duplicate. Already billed above by Paralegal SS. Docketing could be and apparently was done by paralegal.* | 0.00 |
| 5/24/2024 | SS | Paralegal | Receipt of return of service on Maria Gonzalez. | 0.20 | *Duplicate. Already billed above by Paralegal SS and Attorney BL. Same objections.* | 0.00 |
| 5/24/2024 | SS | Paralegal | NOF of Return of Service on Maria Gonzalez has been drafted and filed. | 0.20 | *Clerical. Filing a document with CM/ECF is a secretarial task.* | 0.00 |

| 5/29/2024 | BL | Receipt, Review, and Analysis | Receipt and review of return of service on Maria Gonzalez. | 0.10 | *Duplicate. Already billed above by Paralegal SS.* | 0.00 |
| 5/29/2024 | SS | Paralegal | The client reached out requesting an update. I informed her that we served the lawsuit to the defendants. | 0.20 | *No objection.* | 0.20 |
| 5/31/2024 | SS | Paralegal | The first draft of the Rule 26 disclosures has been drafted. | 1.00 | *No objection.* | 1.00 |
| 5/31/2024 | BL | E-mail Communication | Receipt of email from counsel for Defendants (Todd Shulby) requesting initial settlement demand. | 0.10 | *No objection.* | 0.10 |
| 6/04/2024 | BP | FLSA - Plaintiff | Exchange e-mails with Mr. Shulby re: Statement of Claim, basic facts, and when his clients were served. | 0.40 | *No objection.* | 0.40 |
| 6/06/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Todd Shulby for Defendants. | 0.10 | *No objection except to Attorney BL billing .1 separately for each of 5 successive incoming CMECF docs. The total time should be .1 to review all 5 docs.* | 0.10 |
| 6/06/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Motion for Extension to respond to Complaint. | 0.10 | *See above.* | 0.00 |
| 6/06/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Certificate of Interested Parties. | 0.10 | *See above.* | 0.00 |

| 6/06/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Notice of No Other Pending /Related Actions. | 0.20 | *See above. Also, excessive for an NOP.* | 0.00 |
|---|---|---|---|---|---|---|
| 6/06/2024 | BL | E-mail Communication | Receipt and review of Court's Order granting Defendants' Motion for Extension to respond to Complaint. | 0.10 | *See above.* | 0.00 |
| 6/06/2024 | BL | Draft/revise | Review of Defendant Cataldo's edits to proposed order referring discovery matters to Magistrate Schwabedissen, and further revisions to the same. | 0.30 | *Error. This entry is not for this case.* | 0.00 |
| 6/06/2024 | SS | Paralegal | Received Def's NOA by Todd W. Shulby. | 0.10 | *Duplicate. Attorney BL already billed for this on the same date above. Same objections to time spent on this task.* | 0.00 |
| 6/06/2024 | SS | Paralegal | Receipt Defendant's Unopposed MET to file a Response to Plaintiff's complaint. | 0.10 | *See above.* | 0.00 |
| 6/06/2024 | SS | Paralegal | Receipt of Defendants Certificate of Interested persons and Corporate Disclosure Statement. | 0.10 | *See above.* | 0.00 |
| 6/06/2024 | SS | Paralegal | Receipt of Notice of Pendency of Other Actions. | 0.10 | *See above.* | 0.00 |
| 6/06/2024 | SS | Paralegal | Receipt of Paperless Order granting Defendant's MET for their Complaint Answers until June 26. | 0.10 | *See above.* | 0.00 |

| 6/06/2024 | BL | Unassigned | Reviewed and compiled documents for production in connection with Plaintiff's Statement of Claim. | 1.00 | *Duplicate. Attorneys and paralegals have already billed several times to review and organize the 34 documents produced.* | 0.00 |
|---|---|---|---|---|---|---|
| 6/06/2024 | BL | Unassigned | Conferral with Steffany Sanguino regarding service of Court's Order in FLSA actions, Plaintiffs Statement of Claim and supporting documents. | 0.10 | *The order was entered long ago and the SOC was already drafted by Paralegal SS. Nevertheless, no objection.* | 0.10 |
| 6/06/2024 | BL | Draft/revise | Drafted Notice of Compliance with Court's Order in FLSA Cases [ECF No. 5]. | 0.30 | *No objection.* | 0.30 |
| 6/06/2024 | SS | Paralegal | I combined Bate-stamped, and created a dropbox link for the documents we served to OC regarding the statement of claim. The order was also attached to the email. | 0.30 | *Secretarial. Bates-stamping and sending docs is clerical. Also, duplicative. Attorneys and paralegals have already billed several times to review and organize the 34 documents produced.* | 0.00 |
| 6/07/2024 | BP | FLSA-Plaintiff | Draft Cert. of Interested Parties. | 0.30 | *Standard form should be billed at Paralegal SS or Attorney BL's rate. Also, excessive and the task should take 6 minutes or less.* | 0.10 |
| 6/07/2024 | BP | FLSA-Plaintiff | Draft Notice of No Related Action. | 0.20 | *Standard form should be billed at Paralegal SS or Attorney BL's rate. Also, excessive and the task should take 6 minutes or less.* | 0.10 |
| 6/07/2024 | SS | Paralegal | Reissued the link with the documents we produced, with the SOC. | 0.10 | *Secretarial.* | 0.00 |

| 6/07/2024 | BL | Receipt, Review and Analysis | Review of Court's deadlines for Defendant's Response to Statement of Claim and for Settlement Conference; conferral with Juan Aragon regarding calendaring the same. | 0.20 | *No objection.* | 0.20 |
|---|---|---|---|---|---|---|
| 6/07/2024 | BP | Legal | Conduct routine file audit to determine what needs to be done and document file re: same. | 0.30 | *Duplicative and excessive. Unclear what work was achieved. This is seemingly a different way of saying "review file."* | 0.00 |
| 6/10/2024 | BL | Draft/revise | Revisions to draft of Plaintiff's Rule 26 Initial Disclosures. | 0.60 | *Duplicative. 1.0 hours was already billed for creation of this document above. Nevertheless, no objection to an additional 0.30 to review/ revise the document.* | 0.30 |
| 6/19/2024 | SS | Paralegal | File review: reviewed upcoming tasks so I can involve client and attorney, reminded Brooks regarding Rule 26. | 0.20 | *Duplicative and excessive. Unclear what work was achieved. "Review file" is not a billable action.* | 0.00 |
| 6/24/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Response to Statement of Claim. | 0.20 | *No objection.* | 0.20 |
| 6/25/2024 | BL | Receipt, Review, and Analysis | Receipt and initial review of documents produced by Defendants 6/24/24 in connection with their Response to Plaintiff's Statement of Claim. | 0.30 | *No objection.* | 0.30 |
| 6/25/2024 | SS | Paralegal | Receipt and download documents from OC, check payments, and proof of title position. | 0.20 | *Duplicative of Attorney BL's time and unclear of it served a separate purpose, but no objection.* | 0.20 |

| 6/26/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Answer and (13) Affirmative Defenses. | 0.90 | *No objection.* | 0.90 |
|---|---|---|---|---|---|---|
| 6/26/2024 | SS | Paralegal | I called the client to confirm her availability for settlement conference and she advised me she is available on July 15th and 16th, as well as on July 22nd, 23rd, and 24th. | 0.20 | *Clerical. A call to the client to schedule a meeting is not an attorney or paralegal task, it is secretarial.* | 0.00 |
| 6/26/2024 | BL | Email Communication | Receipt of email from Courtroom Deputy to Magistrate Judge Sanchez (Kayla Allen) regarding change of time for 7/9/24 Settlement Conference. | 0.10 | *No objection.* | 0.10 |
| 6/26/2024 | SS | Paralegal | I got a call from a clerk about the settlement conference for this case.  She confirmed that it will be held on July 9 at 2 pm, not 10 am. I messaged Juan informing him. | 0.20 | *No objection.* | 0.10 |
| 6/27/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order setting Settlement Conference for 7/9/24. | 0.10 | *No objection.* | 0.10 |
| 6/27/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order requiring Scheduling Report and Certificates of Interested Parties. | 0.10 | *No objection.* | 0.10 |
| 6/27/2024 | BL | Draft/revise | Draft letters to client re the upcoming Settlement Conference, her need to attend In Person (in English and in Spanish). | 0.50 | *Excessive. Merely advising client of the date of meeting and requirement to attend is clerical. No mention in the description of any substantive information conveyed.* | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/27/2024 | BL | Unassigned | Conferral with Juan Aragon regarding setting pre-Settlement Conference phone call with client and scheduling certified Spanish interpreter for Settlement Conference. | 0.10 | *Clerical. Setting a telephone call with the client is a clerical task.* | 0.00 |
| 6/27/2024 | SS | Paralegal | I called the client to schedule a phone call with Brooks regarding the settlement conference; this has been set for 7/5 at 3pm. | 0.20 | *Clerical. Setting a telephone call with the client is a clerical task.* | 0.00 |
| 7/01/2024 | SS | Paralegal | File review; marked tasks off; issued reminders. | 0.10 | *Vague and ambiguous. "Review file" is not a billable action. Nevertheless, no objection.* | 0.10 |
| 7/01/2024 | BL | Unassigned | Conferral with Steffany Sanguino regarding serving Plaintiff's Rule 26 Initial Disclosures. | 0.10 | *Duplicative. 1.0 and .6 hours were already billed for creation of this document above.* | 0.00 |
| 7/01/2024 | SS | Paralegal | Draft email containing and served our Rule 26 disclosures. | 0.20 | *Clerical. Drafting an email attaching the already drafted Rule 26 disclosures is clerical work.* | 0.00 |
| 7/03/2024 | SS | Paralegal | Attendance confirmation for the settlement conference. | 0.10 | *Clerical. Reviewing an email from the client confirming a meeting is secretarial.* | 0.00 |
| 7/03/2024 | BL | Draft/revise | Drafted Joint Scheduling Report. | 0.80 | *No objection.* | 0.80 |
| 7/03/2024 | BL | Draft/revise | Drafted Proposed Scheduling Order. | 0.50 | *No objection.* | 0.50 |

| 7/03/2024 | BL | Email Communication | Email to counsel for Defendants (Todd Shulby) attaching drafts of Joint Scheduling Report and proposed Scheduling Order. | 0.10 | *No objection.* | 0.10 |
|---|---|---|---|---|---|---|
| 7/05/2024 | BL | Email Communication | Email to/from counsel for Defendants (Todd Shulby) regarding revisions to proposed Scheduling Order. | 0.10 | *No objection.* | 0.10 |
| 7/05/2024 | BL | Draft/revise | Revisions to draft of proposed Scheduling Order. | 0.20 | *No objection.* | 0.20 |
| 7/05/2024 | BL | Receipt, Review, and Analysis | Receipt and initial review of documents produced by Defendants 7/5/24 (Bates 1-365). | 1.00 | *Duplicative of time spent on 6/25/24 by Paralegal SS. However, no objection.* | 1.00 |
| 7/05/2024 | BL | Phone call | Phone call with client in preparation for 7/9/24 Settlement Conference. | 1.00 | *No objection.* | 0.00 |
| 7/05/2024 | BL | Unassigned | Conferral with Juan Aragon regarding filing Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | *Clerical. The JSR had already been drafted and revised. Filing docs on CMECF is not a billable task and asking clerks to file docs is likewise not billable.* | 0.00 |
| 7/05/2024 | BL | Unassigned | Compiled data from time/pay/absence records produced by Defendants into Excel spreadsheet in preparation for 7/8/24 Settlement Conference. | 2.00 | *Seems excessive, but hard to tell, so no objection.* | 2.00 |
| 7/08/2024 | BL | Draft/revise | Drafted Confidential Pre-Settlement Conference Statement to Magistrate Judge Sanchez. | 1.50 | *Defendants were not provided with the Statement and therefore have no basis to object.* | 1.50 |

| 7/08/2024 | BL | Receipt, Review, and Analysis | Review of messages produced by Defendants 1/5/24 reflecting dates /hours worked by Plaintiff; revisions to Excel spreadsheet; revisions to calculation of damages. | 2.00 | *Seems excessive to spend an add'l 2.0 hours, but hard to tell, so no objection.* | 2.00 |
| 7/08/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Mag1istrate Judge. | 0.30 | *No objection.* | 0.30 |
| 7/08/2024 | BL | Phone call | Follow-up phone call with client to discuss time/pay records produced by Defendants 7/5/24 in preparation for Settlement Conference. | 0.80 | *No basis to object.* | 0.80 |
| 7/08/2024 | BL | Email Communication | Email to counsel for Defendants (Todd Shulby) conveying opening settlement demand. | 0.30 | *No objection.* | 0.30 |
| 7/09/2024 | BL | Unassigned | Preparation for Settlement Conference. | 1.50 | *Excessive in light of all prior work including hours of reviewing docs, 4.0 hours creating spreadsheet, 1.5 hours drafting Settlement Statement, etc.* | 0.50 |
| 7/09/2024 | BL | Email Communication | Email from counsel for Defendants (Todd Shulby) conveying settlement counteroffer. | 0.10 | *No objection.* | 0.10 |
| 7/09/2024 | BL | Unassigned | Phone call with counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | *No objection.* | 0.10 |

| 7/09/2024 | BL | Attendance at | Travel to and attendance at settlement conference. | 4.50 | *No objection to the 3.0 hours at the Settlement Conference. Objection to the 1.5 hours of travel time. See Response.* | 3.0 |
|---|---|---|---|---|---|---|
| 7/10/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's paperless minute entry regarding 7/9/24 settlement conference. | 0.10 | *No objection.* | 0.1 |
| 7/10/2024 | SS | Paralegal | Attendance to the settlement conference to translate for the client. | 5.00 | *Duplicative. Attorney BL already billed for attendance and, of course, handled the Settlement Conference. Translation is not an attorney or paralegal task. Further objection to travel time as the conference was 3.0 hours.* | 0.00 |
| 7/11/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Offer of Judgment. | 0.30 | *No objection.* | 0.30 |
| 7/11/2024 | SS | Paralegal | Receipt and download documents from the defendant Bates 1-365. | 0.20 | *Vague and ambiguous. No additional docs were produced this day. All prior docs were already received and reviewed and billed by Attorney BL and Paralegal SS.* | 0.00 |
| 7/12/2024 | SS | Paralegal | We have been propounded with a request for production and Interrogatories. | 0.20 | *No objection.* | 0.00 |
| 7/12/2024 | BL | Receipt, Review, and Analysis | Receipt and initial review of Defendants' First Interrogatories and Requests for Production to Plaintiff. | 0.60 | *No objection.* | 0.00 |

| 7/15/2024 | BL | Phone call | Phone call with client to discuss the 2 settlement offer conveyed by Defendants to resolve her 2 pending claims and to obtain her authorization to accept same; advised we still need her to indicate her acceptance writing. | 0.40 | *No objection.* | 0.40 |
|---|---|---|---|---|---|---|
| 7/15/2024 | SS | Paralegal | I translated a conversation between attorney Brooks and the client regarding the settlement offered.<br>The client has accepted the offer. | 0.20 | *Translation is not an attorney or a paralegal task and is not billable.* | 0.00 |
| 7/15/2024 | BL | Draft/revise | Drafted letter to client explaining the Rule 68 Offer and requesting she advise us of her acceptance/rejection of the Offer; enclose letter along with Offers In email to her. | 0.70 | *Seems excessive, but no basis to object.* | 0.70 |
| 7/15/2024 | BL | Email Communication | Email to counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | *No objection.* | 0.10 |
| 7/15/2024 | SS | Paralegal | Receipt and review of Defendant's Rule 26, disclosures. | 0.20 | *No objection.* | 0.20 |
| 7/15/2024 | BL | Phone call | Phone call with counsel for Defendants (Todd Shulby) regarding settlement negotiations. | 0.10 | *No objection.* | 0.10 |
| 7/15/2024 | BP | Draft/revise | Draft N/Acceptance of Rule 68 Offer as to Count I (FLSA). | 0.30 | *No objection.* | 0.30 |

| 7/15/2024 | BP | Draft/revise | Draft N /Acceptance of Rule 6,8 Offer as to Count II (§7434). | 0.10 | *No objection.* | 0.30 |
|---|---|---|---|---|---|---|
| 7/16/2024 | SS | Paralegal | I sent the W9' and W4 to the client to be signed so we can have them to send to defense counsel in connection with her acceptance of the settlement offers. I also called and texted the client to inform her of the need for these. | 0.20 | *Clerical. Sending tax forms to the client is not an attorney or paralegal task and not billable.* | 0.00 |
| 7/16/2024 | SS | Paralegal | We received the W9 and W4 signed by the client. | 0.10 | *Clerical. Receiving tax forms from the client is not an attorney or paralegal task and not billable.* | 0.00 |
| 7/17/2024 | BL | Email Communication | Exchange emails with defense counsel (Todd Shulby) regarding amount of attorneys' fees and costs sought by Plaintiff. | 0.20 | *No objection.* | 0.20 |
| 7/17/2024 | BP | Email Communication | Draft email to Mr. Shulby re: our offer to resolve the fees/costs, that Defendants were stubborn in the case, and that we will follow the Rule 68 procedures (and how that would only increase the fees incurred by everyone). | 0.30 | *No objection.* | 0.30 |
| 7/23/2024 | BP | FLSA-Plaintiff | Review time entries for and to remove/redact any confidential or privileged information contained therein; also, draft email to Mr. Shulby enclosing and regarding these in an effort to resolve the fees /costs issue in light of his clients' offer of $8,000 for fees /costs. | 0.60 | *Vague and ambiguous as to what time entries, if any, were adjusted nor how the errors in the time sheet, reference to another case, and duplicate entries remained.* | 0.30 |

| 7/23/2024 | BP | Draft/revise | Draft Notice of Filing Notices of Acceptance and compile Exhibits for same. | 0.70 | *Duplicative. Attorney BP already billed .4 for this task on July 15, 2024. Compiling exhibits (i.e. the offers of judgment) is clerical and not compensable.* | 0.00 |
| 7/23/2024 | BL | Email Communication | Receipt of email from counsel for Defendants (Todd Shulby) regarding Defendants' Offer of Judgment as to Plaintiffs attorneys' fees and costs.[1] | 0.10 | *No objection.* | 0.10 |
| 7/23/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Defendants' Offer of Judgment as to Plaintiffs attorneys' fees and costs. | 0.10 | *Both the email and offer of judgment were short. The OJ was an attachment to the email. .1 is sufficient time to review both.* | 0.10 |
| 7/23/2024 | BP | Receipt, Review, and Analysis | Review file and then draft Bill of Costs; compile Exhibits for same. | 0.20 | *No objection.* | 0.20 |
| 7/23/2024 | BP | Receipt, Review, and Analysis | Receipt and review of Rule 68 Offer for Fees ($12,000) and email enclosing same. | 0.20 | *Duplicate. Attorney BL already billed above on the same date for the receipt and review of the OJ.* | 0.00 |
| 7/24/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order closing case. | 0.10 | *No objection.* | 0.10 |
| 7/25/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Final Judgment. | 0.10 | *No objection.* | 0.10 |
| 8/02/2024 | BP | Draft/revise | Review file and then draft Bill of Costs; compile Exhibits for same. | 0.40 | *Duplicate. Attorney BP already billed .2 on 7/23/24 for drafting the bill of costs and compiling exhibits.* | 0.00 |

---

[1] Defendants submit that the Rule 68 offer of judgment for $12,000 in attorney's fees and costs precludes the award of any attorney's fees after this date of Plaintiff cannot justify $12,000 in fees and costs as of the time of service of the OJ.

| 8/02/2024 | BP | Draft/revise | Continue to draft and revise the Motion for Fees and conduct legal research for same; review time records prior to filing. | 2.40 | *In total, Plaintiff bills 7.1 hours on the attorney's fee motion and research. For the reasons stated in the Response, including fn 5, Defendants agree to .5 total.* | 0.50 |
|---|---|---|---|---|---|---|
| 8/02/2024 | BP | Receipt, Review, and Analysis | Begin to draft and revise the Motion for Fees and conduct legal research for same. | 1.40 | *See above re: billing entries for the motion for fees and Response.* | 0.00 |
| 8/02/2024 | BP | Email Communication | Exchange emails with Mr. Shulby re: our offer to resolve the fees/costs for $17,500 and his clients' response that they remain at $13,000. | 0.30 | *No objection.* | 0.30 |
| 8/05/2024 | BP | Draft/revise | Draft letter to client enclosing, regarding, and explaining the entry of the Final Judgment, what to expect, and next steps in eng and spa. | 0.40 | *No objection.* | 0.40 |
| 8/05/2024 | BP | Draft/revise | Draft MTG Fact Information Sheets. | 0.50 | *Post judgment collection efforts are not awardable under the FLSA. See also Response for arguments concerning the excessive amount billed for work product contained by counsel's prior Court filings in other cases.* | 0.00 |
| 8/05/2024 | BP | Draft/revise | Draft Motion for Writ of Execution and draft the proposed Writ of Execution. | 0.40 | *Post judgment collection efforts are not awardable under the FLSA. See also Response for arguments concerning the excessive amount billed for work product contained by counsel's prior Court filings in other cases.* | 0.00 |
| 8/05/2024 | BL | Phone call | Phone call with client regarding case status. | 0.10 | *No basis for objection. However, if this call concerned post judgment collection efforts, counsel should disclose that and/or voluntarily withdraw the request for* | 0.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | *reimbursement.* | |
| 8/05/2024 | BP | Receipt, Review, and Analysis | Receipt of email from Ms. Castillo to provide me with information to assist in executing on the judgment. | 0.20 | | *Post judgment collection efforts are not awardable under the FLSA. See also Response for arguments concerning the excessive amount billed for work product contained by counsel's prior Court filings in other cases.* | 0.00 |
| 8/06/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order granting in part Plaintiff's Motion for Bill of Costs. | 0.20 | | *Excessive. The Court ordered what Plaintiff requested with no objection from Defendants. .1 is reasonable.* | 0.10 |
| 8/06/24 | BL | Phone call | Phone call with client regarding Judgment entered in her favor, whether she has received payment from Defendants, and next steps of the collection process. | 0.20 | | *Post judgment collection efforts are not awardable under the FLSA.* | 0.00 |
| 8/06/2024 | SS | Paralegal | Translated a call between Brooks and the client regarding the Final Judgment received. | 0.20 | | *Post judgment collection efforts are not awardable under the FLSA.* | 0.00 |
| 8/08/2024 | BP | Draft/revise | Draft Fact Information Sheets to each Defendant (x3) and proposed Order Granting our proposed MTC Fact Info Sheets; finalize the MTC. | 0.60 | | *Post judgment collection efforts are not awardable under the FLSA. See also Response for arguments concerning the excessive amount billed for work product contained by counsel's prior Court filings in other cases.* | 0.00 |
| 8/09/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Writ of Execution issued as to JC Painting, Maria Gonzalez, and Tomas Gonzalez. | 0.10 | | *Post judgment collection efforts are not awardable under the FLSA.* | 0.00 |
| 8/12/2024 | BP | Email Communication | Receipt and review of Order Granting our Motion for Writ of Execution as to JC Painting, Maria Gonzalez, and Tomas Gonzalez. | 0.20 | | *Post judgment collection efforts are not awardable under the FLSA.* | 0.00 |

| 8/12/2024 | BP | Email Communication | Exchange emails with Mr. Shulby re: filing a Satisfaction of Judgment after receipt of confirmation that the checks issued by his client have cleared. | 0.20 | *No objection.* | 0.20 |
| 8/12/2024 | BP | Draft/revise | Draft Satisfaction of Judgment in regard to the Final Judgment (for filing on 8/14). | 0.30 | *No objection.* | 0.30 |
| 8/12/2024 | BP | Draft/revise | Draft Satisfaction of Judgment in regard to the Final Judgment (for filing on 8/14). | 0.20 | *Excessive. Both Satisfaction could have been drafted within .3 hours.* | 0.00 |
| 8/13/2024 | BL | Receipt, Review, and Analysis | Receipt and review of Court's Order granting Plaintiff's Motion for Writ of Execution. | 0.10 | *Post judgment collection efforts are not awardable under the FLSA.* | 0.00 |
| 8/13/2024 | BP | Draft/revise | Continue to conduct legal research and to revise the Motion for Fees. | 1.70 | *See above re: billing entries for the motion for fees and Response.* | 0.00 |
| 8/14/2024 | BP | Draft/revise | Continue conduct legal research, draft, revise, and then finalize the Motion for Fees. | 1.60 | *See above re: billing entries for the motion for fees and Response.* | 0.00 |
| | | | | | | |

| | |
|---|---|
| **PLAINTIFF'S TOTAL** | **$22,134.15** |
| **DEFENDANTS' PROPOSED TOTAL[2]** | **$8,665.00** |
| **DEFENDANTS' PROPOSED TOTAL THROUGH 7/23/24[3]** | **$7,645.00** |

---

[2] The hourly rates applied and applicable calculations for purposes of both of Defendants' "Proposed Total" are: (1) Brian Pollock, Esq. – 5.7 hours at $450/hr.; (2) P. Brooks LaRue, Esq. – 20.0 hours at $275/hr.; and (3) Steffany Sanguino, Paralegal – 4.0 hours at $150/hr.

[3] The hourly rates applied and applicable calculations for purposes of both of Defendants' "Proposed Total Through 7/23/24" are: (1) Brian Pollock, Esq. – 3.8 hours at $450/hr.; (2) P. Brooks LaRue, Esq. – 19.4 hours at $275/hr.; and (3) Steffany Sanguino, Paralegal – 4.0 hours at $150/hr.