UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21463-RKA

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC,
MARIA GONZALEZ and
TOMAS GONZALEZ SOTELO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING OFFER OF JUDGMENT RE: ATTORNEY'S FEES AND COSTS

Defendants, by and through the undersigned counsel, Todd W. Shulby, P.A., pursuant to Rule 68, Fed.R.Civ.P., hereby file the attached Offer of Judgment Re: Attorney's Fees and Costs to Plaintiff, served on Plaintiff on July 23, 2024, in relation to Plaintiff's Motion for an Award of Attorney's Fees and Costs (ECF No. 38).

Dated this 8th day of September, 2024.

    Respectfully submitted,

    TODD W. SHULBY, P.A.
    Todd W. Shulby, Esq.
    1792 Bell Tower Lane
    Weston, Florida 33326
    Telephone: (954) 530-2236
    Facsimile: (954) 530-6628
    E-mail: tshulby@shulbylaw.com
    Counsel for Defendants

    By:    /s/Todd W. Shulby, Esq.
            Florida Bar No.: 068365

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian H. Pollock, Esq. and Patrick Brooks LaRou, Esq.

I HEREBY CERTIFY that on September 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By: /s/Todd W. Shulby, Esq.
      For Todd W. Shulby, P.A.