UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21463-ALTMAN/SANCHEZ

NEREYDA SUHEY CASTILLO MARENCO,

    Plaintiff,

vs.

J.C. PAINTING CONTRACTOR LLC, MARIA GONZALEZ, AND TOMAS GONZALEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING

Plaintiff, Nereyda Suhey Castillo Marenco, notifies the Court that ninety (90) days have elapsed since the filing of the Reply Supporting Plaintiff's Motion for An Award Of Attorney's Fees And Costs As The Prevailing Party [ECF No. 45], filed herein on September 9, 2024, without a hearing or ruling thereon.

Dated this 12th day of December 2024.

                                      Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq. (174742)
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:    305.230.4884
                                      *Counsel for Plaintiff*